IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| ELTON RANKIN, JR.,<br>Institutional ID No. 1663596<br><br>Plaintiff,<br><br>v.<br><br>OFFICER VINCENT, *et al.*,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 1:23-CV-00114-C<br>§<br>§<br>§<br>§<br>§ |

## JUDGMENT

For the reasons stated in the Court's order of even date,

IT IS ORDERED, ADJUDGED, AND DECREED that this civil action is dismissed without prejudice.

Dated October 9, 2023.

SAM R. CUMMINGS
Senior United States District Judge